# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS TORRES,<br><br>                Plaintiff,<br><br>vs.<br><br>DELAWARE COMPANIES PARKS & RESORTS, INC.; ARAMARK SERVICES, INC.; DOES 1 through 50, inclusive,<br><br>                Defendants. | Case No. 1:18-cv-01554-LJO-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT ARAMARK SERVICES, INC.'S RESPONSE TO COMPLAINT |

    Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendant Aramark Services Inc.'s time to respond to the complaint is extended to January 4, 2019.

IT IS SO ORDERED.

Dated:   **December 14, 2018**                                     
                                                          UNITED STATES MAGISTRATE JUDGE