# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS TORRES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DELAWARE NORTH COMPANIES PARKS & RESORTS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-01554-LJO-SAB<br><br>ORDER REQUIRING PARTIES TO FILE STIPULATION OF DISMISSAL<br><br>(ECF No. 6)<br><br>DEADLINE: FEBRUARY 4, 2019 |

On December 20, 2018, a notice of resolution was filed informing the Court that Plaintiff Luis Torres and Defendant Aramark Services, Inc., have reached settlement and request forty-five (45) days to file a stipulation of dismissal with the Court. (ECF No. 6.)

Accordingly, IT IS HEREBY ORDERED that the parties shall file a stipulation of dismissal as to Aramark Services on or before February 4, 2019.

IT IS SO ORDERED.

Dated: __**December 21, 2018**__　　　　　　　　　　/s/　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1