# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS TORRES,<br><br>    Plaintiff,<br><br>v.<br><br>DELAWARE NORTH COMPANIES PARKS & RESORTS, INC., et al.,<br><br>    Defendants. | Case No. 1:18-cv-01554-LJO-SAB<br><br>ORDER RE STIPULATION OF DISMISSAL OF DEFENDANT DELAWARE NORTH COMPANIES PARKS AND RESORTS, INC.<br><br>(ECF No. 9) |

On December 28, 2018, Plaintiff Luis Torres, and Defendant Delaware North Companies Parks & Resorts, Inc., filed a stipulation to dismiss Defendant Delaware North Companies Parks & Resorts, Inc., with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. In light of the stipulation of the parties, Defendant Delaware North Companies Parks & Resorts, Inc., shall be terminated in this action, with each party to bear its own costs, expenses, and attorney fees as they relate to the subject matter of the stipulation.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is DIRECTED to TERMINATE Delaware North Companies Parks & Resorts, Inc., as a defendant in this action.

IT IS SO ORDERED.

Dated: __**January 2, 2019**__

UNITED STATES MAGISTRATE JUDGE

1