# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS TORRES,<br><br>        Plaintiff,<br><br>    v.<br><br>ARAMARK SERVICES, INC.,<br><br>        Defendant. | Case No. 1:18-cv-01554-LJO-SAB<br><br>ORDER VACATING FEBRUARY 5, 2019 SCHEDULING CONFERENCE |

On October 9, 2018, Plaintiff Luis Torres filed this action against Delaware North Companies Parks & Resorts, Inc. and Aramark Services, Inc. in the Mariposa Superior Court. Defendants removed the action to the Eastern District of California on November 9, 2018. An order setting the mandatory scheduling conference was issued on November 13, 2018. The mandatory scheduling conference was continued to February 5, 2019.

On December 20, 2018, a notice was filed informing the court that Plaintiff had resolved his claims with Aramark Services, Inc. The parties were ordered to file dispositional documents on or before February 5, 2019. On December 28, 2018, a stipulation was filed to dismiss Delaware North Companies Parks & Resorts, Inc. from this action and on January 3, 2019, Delaware North Companies Parks & Resorts, Inc. was dismissed from this action.

Based upon review of the documents filed in this action, all claims have been resolved. Accordingly, the scheduling conference set for February 5, 2019 is HERBY VACATED.

IT IS SO ORDERED.

Dated: **January 17, 2019**

UNITED STATES MAGISTRATE JUDGE

1