MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Claire M. Lesikar, Bar No. 311180
claire.lesikar@morganlewis.com
One Market
Spear Street Tower
San Francisco, CA 94105-1596
Tel:    +1.415.442.1000
Fax:    +1.415.442.1001

Attorneys for Defendant
ARAMARK SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS TORRES,<br><br>        Plaintiff,<br><br>    vs.<br><br>DELAWARE COMPANIES PARKS & RESORTS, INC.; ARAMARK SERVICES, INC.; DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 1:18-cv-01554-LJO-SAB<br><br>**STIPULATED DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41<br><br>Complaint filed:    October 9, 2018 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 35755118.1

STIPULATED DISMISSAL WITH
PREJUDICE
1:18-CV-01554-LJO-SAB

1      **IT IS HEREBY STIPULATED** by and between Plaintiff Luis Torres and Defendant

2    Aramark Services, Inc. in this action through their designated counsel, that this action be and is

3    hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rule of Civil

4    Procedure 41(a)(1).[1]  The parties shall bear their own respective costs and attorneys' fees.

5

6    Dated: February 4, 2019          LAW OFFICE OF SETH E. TILLMON

7

8                                  By _/s/Seth E. Tillmon_____

9                                    Seth E. Tillmon
                                      Attorneys for Plaintiff
                                      LUIS TORRES

10

11   Dated: February 4, 2019          MORGAN, LEWIS & BOCKIUS LLP

12

13                                  By _/s/Eric Meckley_____

14                                    Eric Meckley
                                    Claire M. Lesikar

15                                  Attorneys for Defendant
                                    ARAMARK SERVICES, INC.

16

17

18

19

20

21

22

23

24

25

26

---

[1] The other named defendant in this action, Delaware Companies Parks and Resorts, Inc., was dismissed with prejudice from this action on January 3, 2019 (*see* Ct. Dkt. No. 10).  As a result of the stipulated dismissal of the only remaining named defendant, Aramark Services, Inc., this entire matter should be dismissed.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 35755118.1

STIPULATED DISMISSAL WITH
PREJUDICE
1:18-CV-01554-LJO-SAB